**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Rania Katan,

Plaintiff,

v.

Kristi Noem, et al.,

Defendants.

**NO. CV-25-00705-PHX-KML**

**JUDGMENT OF DISMISSAL IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 31, 2026, judgment of dismissal is entered. Plaintiff to take nothing, and the Complaint for Mandamus and action are dismissed without prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

March 31, 2026

s/ A. Roybal
By Deputy Clerk